486 A.2d 1329

Richard PHILLIPS, individually and as parent and natural guardian of Jacqueline Phillips, a minor, Appellant,

v.

NORTHERN LEHIGH SCHOOL DISTRICT, PENNSYLVANIA DEPARTMENT OF EDUCATION, and Pennsylvania Department of Transportation.

Supreme Court of Pennsylvania.

Argued Jan. 21, 1985.

Decided Feb. 8, 1985.

Richard J. Orloski, Allentown, for appellant.

Maura A. Johnston, Deputy Atty. Gen., Harrisburg, for appellee.

Charles W. Stopp, William A. Steckel, Slatington, for Northern Lehigh School Dist.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

Order affirmed.

LARSEN, J., dissents.